UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER DOYLE

Plaintiff,

-v-

TEP EVENTS INTERNATIONAL, LTD.,
TEP EVENTS INTERNATIONAL, INC.
and PAUL BECK, individually

Defendant.

Case No. 16 CV 0856 (AKH)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TEP EVENTS INT'L, LTD & TEP EVENTS INT'L, INC.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: AUGUST 10, 2016

Signature of Attorney

Attorney Bar Code: DH8623