UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC ....
DOCUM....
ELECTR· NICALLY FILED
DOC #:_____
DATE FILED: 10/7/16

-------------------------------------------------------------- X
                                                             :
JENNIFER DOYLE,                              ·               :
                                                             :
                              Plaintiff,                     :     **ORDER**
                                                             :
            -against-                                        :     16 Civ. 856 (AKH)
                                                             :
TEP EVENTS INTERNATIONAL, LTD,                               :
TEP EVENTS INTERNATIONAL INC. a/k/a                          ::
DUUZRA SOFTWARE INTERNATIONAL                                :
LIMITED, and PAUL BECK, individually,

                              Defendants.
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

           Plaintiff failed to attend the status conference scheduled for October 7, 2016. No

warning or explanation was given to this Court or to Defendant. Plaintiff previously failed to

attend a status conference on June 3, 2016, also without warning or explanation. Plaintiff is

ordered to show cause by October 21, 2016 why this case should not be dismissed for failure to

prosecute. *See* F.R.C.P. Rule 41(b). If plaintiff does show cause and this case is permitted to

continue, plaintiff's counsel, Walker Green Harman, Jr., Esq., shall pay $500 to defendant's

counsel, David S. Hong, Esq., to compensate him for wasted time incurred as a result of

plaintiff's failure to attend the two conferences.

           SO ORDERED.

Dated:     October 7, 2016
           New York, New York                           ALVIN K. HELLERSTEIN
                                                        United States District Judge