ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/16
```

TO:    Concerned Parties

FROM:  Brigitte Jones, Courtroom Deputy          Date: 10/25/16
       by Order of Judge Alvin K. Hellerstein

Re: Jennifer Doyle v. TEP Events - 16 Civ. 856 (AKH)
You are hereby notified that you are required to appear for a status conf.

       Date:  November 18, 2016
       Time:  10:00 a.m.
       Place: U.S. Courthouse - Southern District of New York
              500 Pearl Street
              Courtroom 14D
              New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*

10-25-16